

# THE THIRTEENTH COURT OF APPEALS

## 13-22-00282-CV

Salinas Funeral Home, Inc. and Orlando Estrada Ochoa d/b/a
"Immaculate Transport Services"
v.
Maribel Salinas and Edith Salinas

On Appeal from the
206th District Court of Hidalgo County, Texas
Trial Court Cause No. C-3701-20-D

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against the party incurring same.

We further order this decision certified below for observance.

September 22, 2022